IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No: |
| | : | |
| | : | **GRAND JURY ORIGINAL** |
| v. | : | |
| | : | <u>Violations:</u> |
| | : | |
| SUSAN L. JACKSON, | : | 18 U.S.C. § 1343 |
| | : | (Wire Fraud) |
| | : | |
| Defendant. | : | 18 U.S.C. § 1029(a)(5) |
| | : | (Fraud in Connection with Access Devices) |
| | : | |
| | : | 22 D.C. Code §§ 3211, 3212(a) |
| | : | (First Degree Theft) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNTS ONE THROUGH TWENTY-ONE**

At all times relevant to this Indictment:

1. Pundit Productions, Inc. ("Pundit") was a communications company owned and operated by Melinda Wittstock, with offices located in Northwest Washington, D.C.

2. Defendant Susan L. Jackson was an employee of Pundit, with clerical and bookkeeping responsibilities, including bill payment and bank account reconciliation.

<u>The Scheme to Defraud</u>

3. Beginning on or about March 1, 2005 and continuing through on or about November 16, 2005, in the District of Columbia and elsewhere, defendant **SUSAN L. JACKSON**, having devised and having intended to devise a scheme and artifice to defraud and to obtain property by means of

materially false and fraudulent pretenses and representations, did knowingly and willfully transmit writings, signs and signals and cause them to be transmitted, by means of wire communication in interstate commerce, for the purpose of executing such scheme or artifice, as set forth hereinafter.

## Purpose of the Scheme

4. It was the purpose of the scheme to defraud for defendant **SUSAN L. JACKSON**, to convert her employer's money to her own use by making unauthorized wire transfers from her employer's bank account to her own bank accounts.

## Manner and Means of the Scheme

5. It was part of the scheme and artifice that defendant **SUSAN L. JACKSON** would wire transfer and cause to be wire transferred funds from her employer's checking account at Citibank, F.S.B., to her account at Wachovia Bank.

6. It was further a part of the scheme and artifice that defendant **SUSAN L. JACKSON** would wire transfer and cause to be wire transferred funds from her employer's checking account at Citibank, F.S.B., to her account at the NASA Federal Credit Union ("NASA FCU").

7. It was further a part of the scheme and artifice that defendant **SUSAN L. JACKSON** would wire transfer and cause to be wire transferred funds from her employer's checking account at Citibank, F.S.B. to Georgetown University, for her own use and purposes.

8. It was further a part of the scheme and artifice that defendant **SUSAN L. JACKSON** would alter and conceal Pundit's business records to conceal her activities from her employer.

## Use of Wire Communication

9. On or about the date of each Count listed below, in the District of Columbia and elsewhere, defendant **SUSAN L. JACKSON**, for the purpose of executing a scheme and artifice to defraud and for the purpose of obtaining money by means of false and fraudulent pretenses and

representations, transmitted and caused to be transmitted by means of wire communication, the following bank transfers:

| Count | Date | Amount | Transferred to: |
|---|---|---|---|
| 1 | 03-01-05 | $ 3,150.00 | Gerogetown University |
| 2 | 03-24-05 | 960.00 | Georgetown University |
| 3 | 04-08-05 | 200.00 | Wachovia Account 1010061951022 |
| 4 | 04-12-05 | 800.00 | Wachovia Account 1010061951022 |
| 5 | 04-19-05 | 1,125.30 | Wachovia Account 1010061951022 |
| 6 | 04-26-05 | 1,000.00 | Wachovia Account 1010061951022 |
| 7 | 04-29-05 | 4,000.00 | Wachovia Account 1010061951022 |
| 8 | 05-13-05 | 2,000.00 | Wachovia Account 1010061951022 |
| 9 | 05-13-05 | 1,000.00 | NASA FCU Account 28478660 |
| 10 | 05-31-05 | 3,000.00 | Wachovia Account 1010061951022 |
| 11 | 05-31-05 | 1,000.00 | NASA FCU Account 28478660 |
| 12 | 06-02-05 | 2,000.00 | Wachovia Account 1010061951022 |
| 13 | 06-02-05 | 2,000.00 | NASA FCU Account 28478660 |
| 14 | 06-15-05 | 3,125.30 | NASA FCU Account 28478660 |
| 15 | 06-28-05 | 2,400.00 | Wachovia Account 1010061951022 |
| 16 | 06-28-05 | 3,600.00 | NASA FCU Account 28478660 |
| 17 | 07-25-05 | 1,170.00 | Wachovia Account 1010061951022 |
| 18 | 08-05-05 | 1,760.00 | Wachovia Account 1010061951022 |
| 19 | 08-23-05 | 1,920.00 | Wachovia Account 1010061951022 |
| 20 | 10-06-05 | 1,145.00 | Wachovia Account 1010061951022 |
| 21 | 11-16-05 | 2,633.00 | Wachovia Account 1010061951022 |

(**Fraud by Wire**, in violation of Title 18, United States Code, Section 1343).

## **COUNT TWENTY-TWO**

1. The allegations set forth in paragraphs 1 and 2 of Count One of this Indictment are hereby re-alleged and incorporated by reference.

2. From on or about November 20, 2004 through on or about April 28, 2006, in the District of Columbia and elsewhere, defendant **SUSAN L. JACKSON** knowingly and with intent to defraud, effected transactions affecting interstate commerce, with one or more access devices issued to another person and person(s), to receive payment and other things of value which during a 1-year period had an aggregate value equal to and greater than $1,000, in that the defendant used two credit card accounts of her employer, Melinda Wittstock and Pundit Productions, Inc., to make unauthorized purchases of cellular telephone service on Capital One Account # XXXX-XXXX-XXXX-5402; and for plane tickets from Ronald Reagan Washington National Airport to Boston, Massachusetts, and unauthorized donations and payments to Georgetown University, on Citibank Mastercard # XXXX-XXXX-XXXX-5539.

> (**Fraud in Connection with Access Devices**, in violation of Title 18, United States Code, Section 1029(a)(5)).

## COUNT TWENTY-THREE

1. The allegations set forth in paragraphs 1 and 2 of Count One of this Indictment are hereby re-alleged and incorporated by reference.

2. On or about March 9, 2005, in the District of Columbia and elsewhere, defendant **SUSAN L. JACKSON**, did wrongfully obtain and use the property of her employer, Melinda Wittstock and Pundit Productions, Inc., to wit, money in the amount of approximately $1,120.85, with the intent to appropriate the property to her own use and to deprive her employer of a right to and a benefit of the property.

(**First Degree Theft**, in violation of Title 22, D.C. Code, Sections 3211, 3212(a)).

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia