**WARRANT FOR ARREST**   CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUSAN L. JACKSON<br><br>DOB:   PDID: | DOCKET NO:<br>07-035<br><br>FILED<br>MAR 0 2 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Susan L. Jackson | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

WIRE FRAUD;

FRAUD IN CONNECTION WITH ACCESS DEVICES;

FIRST DEGREE THEFT

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18:1343; 18:1029(a)(5); and 22 D.C. Code 3211, 3212(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| U.S. MAGISTRATE JUDGE KAY | U.S. MAGISTRATE JUDGE ALAN KAY | 2/13/07 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: *[signature]* | DATE:<br>2/13/07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 2-13-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 3-02-07 | DAVID BALDWIN (REPORTING) | *[signature]* Laural Baldwin |
| HIDTA CASE:   Yes   No X | SDUSM | OCDETF CASE:   Yes   No X |