UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 07-035 (RWR) |
| | : | |
| **SUSAN L. JACKSON,** | : | |
| | : | |
| **Defendant** | : | |

**UNOPPOSED EMERGENCY MOTION**
**FOR PERMISSION TO TRAVEL OUTSIDE JURISDICTION TO ATTEND FUNERAL**

Defendant Susan L. Jackson, through undersigned counsel, respectfully requests this Court for an ORDER allowing her to attend the funeral for a close family friend of her husband.

On March 23, 2007, Ricaya Watkins, the defendant's husband close family friend, passed away. Funeral arrangements are being handled by a Brooklyn, New York Funeral Parlor in Brooklyn, New York. Counsel has been informed that Ms. Watkins's funeral services will take place at on Monday, March 26, 2007.

Ms. Jackson requests permission to leave the D.C. metropolitan area on Monday, March 26, 2007, in the company of her husband Daymond Jackson and their children. They will drive to Brooklyn, New York for the services and will return thereafter. She may be reached at phone number 301-325-2737.

Ms. Jackson is currently on pretrial release with the condition that she report in-person once per week and also report by phone once per week to Pretrial Services. Since her release on March 2, 2007, she has been in compliance with her conditions of release.

Undersigned counsel for Ms. Jackson spoke with counsel for the government, Assistant United States Attorney, Barbara Kittay, informing her of this request, to which she has no

opposition.

WHEREFORE, it is respectfully requested that this Court issue an ORDER granting Ms. Jackson permission to travel outside the D.C. metropolitan area for purposes of attending the funeral of her close family friend, Ricaya Watkins.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


__/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 07-035 (RWR) |
| | : | |
| **SUSAN L. JACKSON,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

Upon consideration of defendant, Susan L. Jackson, Unopposed Emergency Motion for Permission to Attend Funeral, it is this _____ day of _____, 2007 hereby

ORDERED that defendant Susan L. Jackson's Motion is granted; and it is further

ORDERED that Ms. Jackson be permitted to leave the District of Columbia metropolitan area on March 26, 2007 to attend the funeral of her close family friend in Brooklyn, New York.

RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE