UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Cr. No. 07-035 (RWR) |
| SUSAN L. JACKSON, | : | |
| Defendant | : | |

**FILED**
MAR 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ ORDER

Upon consideration of defendant, Susan L. Jackson, Unopposed Emergency Motion for Permission to Attend Funeral, it is this 26th day of March, 2007 hereby

ORDERED that defendant Susan L. Jackson's Motion is granted; and it is further

ORDERED that Ms. Jackson be permitted to leave the District of Columbia metropolitan area on March 26, 2007 to attend the funeral of her close family friend in Brooklyn, New York. She is to return no later than March 28, 2007 and is to call Pretrial Services immediately upon her return.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE