CO-526
(12/86)

**FILED**

MAR 30 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 07-0035
)
Susan Jackson )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge