FILED

MAR 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-0035 (RWR) |
| | : | |
| v. | : | |
| | : | |
| SUSAN L. JACKSON, | : | |
| | : | |
| Defendant. | : | |

Gt EX 3

### JOINT STATEMENT OF THE OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through her attorney, hereby file this proposed statement of the evidence, in anticipation of the entry of a guilty plea:

1. Pundit Productions, Inc. ("Pundit") was a communications company owned and operated by Melinda Wittstock, with offices located in Northwest Washington, D.C.

2. Defendant Susan L. Jackson was an employee of Pundit, with clerical and bookkeeping responsibilities, including bill payment and bank account reconciliation.

3. Defendant Susan L. Jackson maintained personal bank accounts at Wachovia Bank ("Wachovia") (account #1010061951022), the NASA Federal Credit Union ("FCU") (account #28478660), and the Georgetown University FCU (account #26083).

-2-

4. Defendant Susan L. Jackson used a computer in Pundit's offices to set up an online bill payment system that purported to transfer Pundit funds to it's payroll contractor and others. In fact, the defendant set up the system to reflect the payroll contractor in name only, while directing the bank to make the transfers to her personal accounts at Wachovia Bank and NASA FCU.

5. Defendant Susan L. Jackson also used online computer banking services to transfer funds from Pundit's bank account to meet various obligations.

6. From on or about March 1, 2005, through on or about November 16, 2005, the defendant directed Pundit's bank to make wire transfers from Pundit's accounts totaling $41,109, as follows:

| Date | Amount | Transferred to: |
|---|---|---|
| 03-01-05 | $3,150.00 | Georgetown U. FCU Acct. 26083 |
| 03-24-05 | 960.00 | Georgetown U. FCU Acct. 26083 |
| 04-08-05 | 200.00 | Wachovia Account 1010061951022 |
| 04-12-05 | 800.00 | Wachovia Account 1010061951022 |
| 04-19-05 | 1,125.30 | Wachovia Account 1010061951022 |
| 04-26-05 | 1,000.00 | Wachovia Account 1010061951022 |
| 04-29-05 | 4,000.00 | Wachovia Account 1010061951022 |
| 05-13-05 | 2,000.00 | Wachovia Account 1010061951022 |
| 05-13-05 | 1,000.00 | NASA FCU Account 28478660 |
| 05-31-05 | 3,000.00 | Wachovia Account 1010061951022 |
| 05-31-05 | 1,000.00 | NASA FCU Account 28478660 |
| 06-02-05 | 2,000.00 | Wachovia Account 1010061951022 |
| 06-02-05 | 2,000.00 | NASA FCU Account 28478660 |
| 06-15-05 | 3,125.30 | NASA FCU Account 28478660 |
| 06-28-05 | 2,400.00 | Wachovia Account 1010061951022 |
| 06-28-05 | 3,600.00 | NASA FCU Account 28478660 |

-3-

```
07-25-05        1,170.00      Wachovia Account 1010061951022
08-05-05        1,760.00      Wachovia Account 1010061951022
08-23-05        1,920.00      Wachovia Account 1010061951022
10-06-05        1,145.00      Wachovia Account 1010061951022
11-16-05        2,633.00      Wachovia Account 1010061951022
```

6. Defendant Susan L. Jackson also had access to various credit cards issued to Pundit. Between on or about November 20, 2004, and on or about April 28, 2006, the defendant made unauthorized charges to those credit card accounts. Specifically, the defendant used Pundit's Citibank Mastercard (Account #XXXX-XXXX-XXXX-5539) to make a payment to her Georgetown U. FCU Account and to puchase plane tickets for her husband and herself to travel from Ronald Reagan Washington National Airport (located in Arlington, Virginia) to Logan Airport (located in Boston, Massachusetts). In addition, the defendant purchased cellular telephone service, using Pundit's Capital One credit card (Account #XXXX-XXXX-XXXX-5402), for which payments were made each month, from June 22, 2005 through April 28, 2006. The aggregate amount of unauthorized charges that the defendant made to Pundit's credit cards is $1,449.

7. On or about March 9, 2005, defendant Susan L. Jackson wrote a check for $1,120.85, drawn on Pundit's bank account and payable to herself, cashed the check, and converted it to her own use, knowing that Pundit and it's owner did not authorize any such payment or transfer of funds. The defendant later misrepresented to Pundit's owner that she had used the funds to purchase televisions for the

-4-

company, when she knew that she had used other Pundit funds for that purpose.

8. On or about January 20, 2006, the defendant sent an e-mail message to Melinda Wittstock, stating that she was "ashamed and remorseful," and offering repayment.

9. The defendant has not made any payments of restitution to Pundit Productions, Inc., or Melinda Wittstock.

10. On or about March 22, 2006, the defendant waived her rights and voluntarily agreed to be interviewed by agents of the United States Secret Service. At that time, she stated: "I knowingly and willingly conducted a number of electronic transfers from Pundit Productions, Inc., to my personal bank account . . . at worksite locations . . . without notice to my employer [knowing] at the time that these transactions were not legal and wrong."

Respectfully Submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar Number 498610

By: *Barbara Kittay*

BARBARA E. KITTAY
D.C. Bar Number 414216
Assistant U.S. Attorney
555 Fourth Street, N.W., Rm. 4846
Washington, D.C. 20530
Tel. (202) 514-6940
Barbara.Kittay@usdoj.gov

-5-

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 3/30/07

_____
Susan Jackson
Defendant

I concur with her decision to stipulate to this Statement of Offense.

Date: 3/30/07

_____
Danielle C. Jahn, Esquire
Attorney for the Defendant