UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. No. 07-035 (RWR) |
| : | |
| SUSAN L. JACKSON, : | |
| : | |
| Defendant : | |

**SUPPLEMENTAL SENTENCING MEMORANDUM**

Ms. Jackson, through undersigned counsel, respectfully submits the following supplemental information for the Court in response to the government's supplemental memorandum in aid of sentencing that was filed late afternoon on June 27, 2007.

In the government's supplemental memorandum, the government states, referring to letters submitted by Ms. Jackson with her sentencing memorandum, that "several of the letters are doctored" and that "every correspondent with whom the government spoke disclaimed portions of the submitted letter." Undersigned counsel requested that the government provide specific information so that undersigned counsel could investigate these claims; however, counsel for the government refused to disclose this information to undersigned counsel for fear that Ms. Jackson would learn about it. In light of the government's claim, the government now requests the denial of a two-level reduction for acceptance of responsibility and a two-level enhancement for obstruction of justice.

Despite the government's refusal to disclose this information, undersigned counsel has attempted to contact each person who submitted a letter on behalf of Ms. Jackson to verify the authenticity of the letters submitted in Ms. Jackson's sentencing memorandum. Exhibits number two, three, and seven, were attached to Ms. Jackson's sentencing memorandum that contained

letters in support of her. Exhibit number two contained a letter signed by John Young, the attorney that assisted Ms. Jackson before this case was referred to the United States Attorney's Office. This letter is signed and undersigned counsel spoke with Mr. Young on the phone on June 28, 2007, whereby Mr. Young verified the accuracy and authenticity of the letter. Exhibit number three contained nineteen letters in support of Ms. Jackson. Undersigned counsel has verified the accuracy and authenticity of fourteen[1] of these nineteen letters. Undersigned counsel has either had direct phone conversations with the authors of these letters or undersigned counsel has received e-mails stating that these letters are accurate and authenticate.

It appears that government counsel spoke with Lieutenant William Waithe about the letter he submitted on behalf of Ms. Jackson. Undersigned counsel spoke with Lt. Waithe about the accuracy of his letter. According to Lt. Waithe, the letter submitted on behalf of Ms. Jackson was not an accurate version of the letter he wrote. Attached[2] to this supplemental memorandum is a copy of the true and accurate letter he wrote in support of Ms. Jackson. However, in light of this issue about the inconsistency with these letters - albeit these inconsistencies do not regard his support of Ms. Jackson, but rather any comments made about the support of the Forest Heights Police Department - Lt. Waithe no longer stands by his letter and asks that his letter be removed.

In addition, it appears that government counsel spoke with Ms. Jackson's employer - Mary Privitera. Ms. Privitera submitted a letter in support of Ms. Jackson and it was attached to

---

[1] The following people have verified the accuracy and authenticity of the original letters submitted on behalf of Ms. Jackson: Daymond Jackson, Velina Brown, Marcus Mudarri, Jonathan Butler, Matt Brown, Malika Shampine, Lonnell Bond, Catherine Adamo, Stephen Tevault, Carmes Hines, Lola Stevens, Trez Kilpatrick, Douglas Miller, and Aaron Manarin.

[2] This letter is attached as Exhibit 1.

Ms. Jackson's sentencing memorandum in Exhibit 7. Undersigned counsel has learned that there was some confusion over the letter written by Ms. Privitera. It appears that Ms. Privitera wrote three separate letters - two dated in March 2007 and one in April 2007. Further, it appears that government counsel told Ms. Privitera that Ms. Jackson was convicted of "embezzlement" and upon learning that information Ms. Privitera advised government counsel she was not aware of that charge. However, before government counsel contacted Ms. Privitera she had been apprised of Ms. Jackson's guilty plea to Wire Fraud and that restitution would be involved. Ms. Jackson did not plead guilty to embezzlement, which is why Ms. Privitera was surprised. In addition, Ms. Privitera has now signed and dated all three letters[3] written by her on behalf of Ms. Jackson, reinforcing support for her, and they are attached as Exhibit 2.

    Further, undersigned counsel has either verified either through a direct phone conversation or e-mail receipt from the six remaining authors of the letters in support of Ms. Jackson that were submitted as Exhibit 7 in Ms. Jackson's sentencing memorandum.

    Finally, it should be noted that undersigned counsel was advised by at least three authors of the letters in support of Ms. Jackson, that government counsel identified herself as the "attorney working on the Susan Jackson case," which they interpreted as a representation that she was working on Ms. Jackson's behalf, which is, of course, not true. All three of these authors were confused by the questioning of government counsel.

---

[3] These three letters are attached as Exhibit 3.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/s/_____
        Dani Jahn
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500

Exhibit 1

LT. William Waithe
511 Harry S Truman Drives
Largo, Maryland 20774

May 26th 2007

Honorable Richard W. Roberts
United States District Judge
333 Constitution Avenue, N.W
Washington D.C 20001

Dear Judge Roberts,

I have known Mrs. Susan L. Jackson for two years and her family. Mrs. Jackson is a hard worker making and maintaining a life for her children, along with Mrs. Jackson. The two years of knowing Mrs. Jackson she is always helped others weather it be advice or emotional support. While working at her job she takes on the shifts that other workers cannot and will not take on, because of the strong character that she possesses the customers respect her. Mrs. Jackson when not at work she spends the time raising her children. I have seen the children with her on her days off when stopping by the Sports Bar / Restaurant where she works. Many Police Officers eat on and off duty at Mrs. Jackson place of work and know of her.

Judge Roberts as you know, "to human is error." If any one in my lifetime of forty-nine year of age needs a second chance, please let it be Mrs. Jackson her heart and soul is good and kind. We all pay for what we have done through the time, I believe what she has done or been charge with, her mine, soul, consciences has punished her at the same time raising kids! Judge as a Police Officer I truly believe Mrs. Jackson would not every think of doing any type of crime in her lifetime after going through this. In closing Judge Roberts Please consider an appropriate sentence for Mrs. Jackson.

**Respectfully**
*LT. Will Waithe*
Lieutenant William Waithe
Forest Heights Police

Exhibit 2

Pizza Italia / Frank's Sports Bar
6308 Livingston Road
Oxon Hill, Maryland 20745

March 16, 2007

Dear Judge Roberts:

The contents of this letter are to confirm Susan Jackson's work schedule at Pizza Italia / Frank's Sports Bar located in Oxon Hill, Maryland. Susan has been employed since 2005 as a Bartender.

Her normal work day begins at 6 PM. During the week nights we close at 2 AM and on weekends we close at 3 AM. Susan has on many occasions come in before 6 PM to relieve the daytime staff. She also sometimes covers the morning/afternoon shift (10:30 – opening @ 11am until 6-7PM) and ALL day shift on Sundays (2:30 pm – opening @ 3PM until midnight). During a shortage in staff, she also has waited tables. After closing it normally takes about an hour to clean up and close out.

As an employer, I have, in a sense, adopted her into our close knit family. We all are very fond of her and her family. We have spoken intimately on several occasions and she has been very honest and upfront with this current situation, which I know was difficult but I admire. I can only imagine how hard this is for her but I know that she has this passion to make things better.

Incarceration would only hinder her from her family and work. I know she holds several jobs, as well as, consulting because she is eager to start paying restitution. I have added to that with extra shifts to her schedule, as requested.

I clearly believe she will continue to be an excellent employee, mother, wife and friend. My recommendation is probation.

If you have any questions please feel free to call.

Best Regards,
Mary Privitera
Owner
(301) 839-3446

*Mary Privitera*
6-28-07

Pizza Italia / Frank's Sports Bar
6308 Livingston Road
Oxon Hill, Maryland  20745

March 16, 2007

To Whom It May Concern:

The contents of this letter are to confirm Susan Jackson's work schedule at Pizza Italia / Frank's Sports Bar located in Oxon Hill, Maryland. Susan has been employed since 2005 as a Bartender.

Her normal work day begins at 6 PM. During the week nights we close at 2 AM and on weekends we close at 3 AM. Susan has on many occasions come in before 6 PM to relieve the daytime staff. She also sometimes covers the morning/afternoon shift (10:30 – opening @ 11am until 6-7PM) and ALL day shift on Sundays (2:30 pm – opening @ 3PM until midnight). During a shortage in staff, she also has waited tables. After closing it normally takes about an hour to clean up and close out.

If you have any questions please feel free to call.

Best Regards,

Mary F. Privitera
6/28/07

Mary Privitera
Owner
(301) 839-3446

*Pizza-Italia*

ITALIAN RESTAURANT
6308 LIVINGSTON RD.   OXON HILL, MD 20745
PHONE (301) 839-3446

April 22, 2007

To Whom It May Concern:

I have known Susan Jackson for a number of years. Susan, her husband, Damon, and their children are customers of mine. In January 2006, she came to work for me.

Susan is a bartender in our Sport's Bar. She works our busiest shifts. Susan is efficient, organized, and has excellent communication skills with the customers. She has shown grace under fire many times.

Susan is a trustworthy and reliable employee, who comes to work when scheduled and on time. She is a team player, ready to help out when asked. She is an asset to our business.

Sincerely,

*Mary Privitera*
Mary Privitera

*Mary Privitera*
6-28-07