## HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FILED**

**JUN 2 9 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-07-0035-01 |
| | : | |
| vs. | : | |
| | : | |
| JACKSON, Susan | : | Disclosure Date: May 24, 2007 |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned
further acknowledges that:

#### For the Government
(CHECK APPROPRIATE BOX)

(✓) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the
attachment herein.

_Barbara Gillay_                                    _6-1-2007_
Prosecuting Attorney                                      Date

#### For the Defendant
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the
attachment.

_____    _____    _____    _____
Defendant                       Date            Defense Counsel            Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by June 7, 2007, to U.S. Probation Officer Elizabeth
Suarez, telephone number (202) 565-1341, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer