UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 07-0035 (RWR) |
| SUSAN L. JACKSON, | ) |
| Defendant. | ) |

### ORDER

This matter having come before the Court pursuant to an application under Title 18, United States Code, Section 2703(b) and (c), which application requests the issuance of an order under Title 18, United States Code, Section 2703(d) directing Cellco Partnership, d/b/a Verizon Wireless, a cellular telephone and electronic communications service provider, to disclose certain records, other information, and the content of electronic communications, as set forth in Attachment A hereto, the Court finds that the applicant has offered specific and articulable facts showing that there are reasonable grounds to believe that the records, other information and the content of the electronic communications sought are relevant and material to an ongoing criminal investigation.

IT APPEARING that the information sought is relevant and material to an ongoing criminal investigation, and that prior notice of this investigation, this application, and this Order has been given, it is hereby

- 2 -

ORDERED, this 30th day of October, 2007, pursuant to Title 18, United States Code, Section 2703(d), that Cellco Partnership, d/b/a Verizon Wireless, will, within fourteen days of the date of this Order, deliver to United States Magistrate Judge Alan Kay, United States Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001, the records and other information set forth in Attachment A of this Order.  The Clerk is directed to serve a copy of this Order upon Magistrate Judge Kay.

SIGNED this 30th day of October, 2007.

_____
RICHARD W. ROBERTS
United States District Judge

- 3 -

ATTACHMENT A

You are to provide the following information, if available, as printouts and ASCII data files:

A.  Customer or subscriber account information for the account (301) 325-2737, including:

    1. name(s);
    2. address(es);
    3. records of session times and durations;
    4. length of service (including start date) and types of service utilized; and
    5. the means and source of payment for such service (including any credit card or bank account number)

B.  User connection logs for the account for the time period beginning 06/21/07 and lasting through and including the date of this Order, for any connections to or from the account identified in Part A. User connection logs should contain the following:

    1. connection time and date;
    2. disconnect time and date;
    3. any other relevant routing information;
    4. source or destination of any text messages sent from or received by the account, and the date, time, and length of the message;
    5. any address to which electronic mail was or is to be forwarded from the account or e-mail address.

C.  Any address books and/or Buddy Lists associated with the accounts identified in Part A, and the contents of electronic communications that have been opened at any time after 6/21/07 up through including the date of this Order. **These contents should NOT include any unopened outgoing or incoming electronic communications less than 181 days old. The**

- 4 -

**contents must be stored in long-term storage, cannot be incidental to the transmission of the communication itself, and cannot be meant for backup protection. Any contents that do not fall within the aforementioned parameters shall NOT be provided pursuant to this Order.**

The information should be provided on 8.5 x 11-inch paper printouts and delivered to United States Magistrate Judge Alan Kay, United States Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001 and, in addition, where maintained in electronic form, provided on 3.5-inch IBM-formatted floppy disks or equivalent electronic medium.