UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 3 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
                              )
UNITED STATES OF AMERICA,      )
                              )
            v.                 )    Criminal Action No. 07-35 (RWR)
                              )
SUSAN L. JACKSON,              )
                              )
            Defendant.         )
_____)

**ORDER**

Magistrate Judge Alan Kay, acting as a Special Master pursuant to a referral to him under Local Criminal Rule 57.17(b)(6)[1](2007), reviewed materials produced by Verizon Wireless under a subpoena issued by the government.  He concluded that no materials produced were protected from disclosure to the government by the attorney-client privilege.  Accordingly, it is hereby

ORDERED that the defendant shall have until December 7, 2007 to file any response to the Report of the Special Master.  It is further

ORDERED that if the defendant files no objection to the Report by December 7, 2007, the government shall thereafter retrieve and the Special Master shall release to the government

---

[1]    The Order referring this matter contained a typographical error and identified the rule as 57.17(b)(2).

- 2 -

the materials produced by Verizon Wireless in their entirety.  It
is further

ORDERED that the continued evidentiary hearing and the
sentencing hearing be, and hereby are, SCHEDULED for December 17,
2007 at 10:30 a.m.  Any supplemental memoranda from the parties
shall be due no later than December 13, 2007.

SIGNED this **3rd** day of _December_ , 200**7**.


_____
RICHARD W. ROBERTS
United States District Judge