```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

```
_____
                            )
UNITED STATES OF AMERICA,   )
                            )
          v.                )   Criminal Action No. 07-35 (RWR)
                            )
SUSAN L. JACKSON,           )
                            )
          Defendant.        )
_____)
```

FILED
DEC 4 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

It is hereby

ORDERED that the order entered on December 3, 2007 be, and hereby is, MODIFIED. The continued evidentiary hearing and the sentencing hearing are RESCHEDULED for December 19, 2007 at 2:30 p.m.

SIGNED this 4th day of December, 2007.

/s/ RWRoberts
_____
RICHARD W. ROBERTS
United States District Judge