HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : Docket No.: <u>CR-07-0035-01</u>
:
vs. :
:
JACKSON, Susan : Disclosure Date: <u>May 24, 2007</u>

**FILED**

JAN 2 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____             _____
Prosecuting Attorney                               Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_ 6·8·07                          _[signature]_ 6/8/07
Defendant           Date                       Defense Counsel        Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>June 7, 2007</u>, to U.S. Probation Officer <u>Elizabeth Suarez</u>, telephone number <u>(202) 565-1341</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Gennine A. Hagar, Chief
    United States Probation Officer

FEDERAL PUBLIC DEFENDER
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER                                                                          TELEPHONE (202) 208-7500
Federal Public Defender                                                                      FAX (202) 208-7515

June 8, 2007

Liz Suarez
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

                    Re:    United States v. Susan Jackson
                           Criminal No.: 07-035 (RWR)

Dear Ms. Suarez:

    Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above case, dated May 22, 2007.

**Objections and Comments**

    1.    Ms. Jackson requests that Paragraph 34 on Page 7 of the Presentence Report reflect that Kameko Taylor is a female, therefore identified as Ms. Taylor, not Mr. Taylor.

    2.    Ms. Jackson requests that Paragraph 41 on Page 9 of the Presentence Report be modified to reflect that Mr. Jackson's, not Ms. Jackson's, work schedule is distributed a week in advance.

    3.    Ms. Jackson requests that Paragraph 42 on Page 9 of the Presentence Report be modified to reflect the correct spelling of Valina's name. Also, Valina is on disability.

    4.    Ms. Jackson requests that Paragraph 52 on Page 10 of the Presentence Report be modified to reflect that Top Notch Tattoo Studio is located in N.W., Washington, D.C.

    5.    Ms. Jackson requests that Paragraph 53 on Page 10 of the Presentence Report be modified to reflect that her weekend shifts end at 3 a.m.; Monday thru Thursday shifts end at 2 a.m.; and on Sunday the shift ends at 1 a.m.

　　　　6.　　Ms. Jackson requests that Paragraph 54 on Page 10 of the Presentence Report be modified to reflect that she was fired from Pundit Productions for work performance related issues, not the instant offense.

　　　　Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Dani Jahn*
　　　　　　　　　　　　　　　　　　　　　　　　Dani Jahn
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

cc:　　Barbara Kittay
　　　　Assistant U.S. Attorney
　　　　555 4th Street, N.W.
　　　　Washington, D.C. 20530