**HONORABLE RICHArD W. ROBERTS, UNITED STATE. DISTRICT JUDGE**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Docket No.: CR-07-0035-01** |
| | : | |
| **vs.** | : | |
| | : | |
| **JACKSON, Susan** | : | Disclosure Date: **May 24, 2007** |

**FILED**

JAN ⁻ 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
(✓)    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                          _6-1-2007_____
Prosecuting Attorney                                                              Date

### For the Defendant
(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.


_____                    _____
Defendant                         Date                       Defense Counsel                 Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **June 7, 2007**, to U.S. Probation Officer **Elizabeth Suarez**, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.


FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer