HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

MAR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Susan Jackson                    Docket No.: 07-0035

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Susan Jackson  having been sentenced, on 12/19/2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to   FDC Philadelphia  , in  Philadelphia, PA   by 2 p.m., on  March 12, 2008  .

3/7/08
Date

RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER            DEFENDANT

Revised 6-2004